# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOM J. BECK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STROBEL MANUFACTURING, INC., a Nebraska corporation,<br><br>　　　　　Defendant. | CASE NO. 8:12CV391<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' joint Stipulation of Dismissal with prejudice (Filing No. 75). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41, and the Court concludes that it should be approved. All claims and counterclaims in this action will be dismissed with prejudice, and each party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' joint Stipulation of Dismissal with prejudice (Filing No. 75) is approved; and

2. All claims and counterclaims asserted in this action are dismissed with prejudice, the parties to bear their own costs and attorney fees.

Dated this 17th day of July, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge